# EXHIBIT 1

Facsimile of Form 10-114R
Rev. Mar. 2005
OMB No. 1024-0026

PAGE 1 of 3

# UNITED STATES DEPARTMENT OF THE INTERIOR
## National Park Service
### Recreational Vehicle Special Use Permit

Name of Use: **Motorized Equipment** _____

Date Permit Reviewed: _____
Reviewed by: _____
Reviewed by: _____

Issuing office: _____

Expires 2006 _____

Long Term ____
Short Term **X**

Permit #  ARO       WRST      2120      N
          Region    Park      Type      Number

**Wrangell-St. Elias National Park and Preserve**
Name of Area

_____ of _____
Name or Permittee    Mailing Address    City    State    ZIP    Phone

Physical Address: _____    DL Number _____

is hereby authorized during the period from (day ____ Month ____ 2006), through (day ____ Month ____ 2006)

to use the following described land or facilities in the named areas:

| | | |
|---|---|---|
| Susiota Lake | Lost Creek | Boomerang Lake |
| Tanada Lake | Trail Creek | Soda Lake |
| Caribou Creek | Reeve Field | Copper Lake |

Other _____

**For the purpose(s) of:** operating an off road vehicle on established trails for **recreational** purposes. See attached map and conditions.

Type of OHV or Track Vehicle: _____    Number of People in Party _____

Transporting Vehicle License Number: _____    Transporting Vehicle State: _____

Authorizing legislation or other authority (RE- NPS-53 Appendix 1): Recreation 43 CFR 36.11 (g)

PERFORMANCE BOND: Required ☐    Not Required ☒    Amount $ 0

LIABILITY INSURANCE: Required ☐    Not Required ☒    Amount $ 0

ISSUANCE of this permit is subject to the conditions on the reverse hereof and appended pages and when appropriate

to the payment to the U.S. Dept. of the Interior, National Park Service of the sum of : ___ None ___

The undersigned hereby accepts this permit subject to the terms, covenants, obligations, and reservations, expressed or implied herein.

PERMITTEE _____
Signature    Date

Authorizing Official _____
Signature    District Ranger for WRST Superintendent    Date

Additional Authorizing Official _____
/If Required    Signature    Title

EXHIBIT __1__ PAGE __1__ OF __3__

# SUPPLEMENTAL PERMIT CONDITIONS

Permit Number: ARO-WRST-2120-N_____

Permittee: _____

**RECREATION** - ATV Use Conditions

1-8- See standard permit conditions attached from form 10-114 permit.

9. Travel is only permitted on established trails listed on the permit

10. Stay on established trails designated on maps.

11. Pack out all trash and fuel containers.

12. Creating new trails is strictly prohibited.

13. No discharges Of Oil or fuel while on public lands.

14. Fuel caches are prohibited.

15. State and Federal laws apply.

16. Hunting and trapping is prohibited within Wrangell-St. Elias National Park.

17- ATV use is prohibited in designated wilderness areas.

18. Cutting green trees is prohibited.

19. Constructing camp shelters and improvements is prohibited

20. The collection of horn and/or antlers within Wrangell-St. Elias National Park and Preserve is prohibited

21. ADF&G permit required when crossing anadromous fish streams. It is the permittee's responsibility to contact ADF&G, Habitat Division, to obtain an anadromous fish stream crossing permit

22. Use of chains for traction on all established trails is prohibited.

I have read and agree to abide by all the above listed conditions of the special use permit..

Signed _____  Date_____



EXHIBIT 1 PAGE 2 OF 3

PERMITTING FORMS

EXHIBIT 1

## CONDITIONS OF THIS PERMIT

1. The permittee shall exercise this privilege subject to the supervision of the Superintendent, and shall comply with all applicable laws and regulations of the area.

2. Damages: The permittee shall pay the United States for any damages resulting from this use which would not reasonably be inherent in the use which the permittee is authorized to make of the land described in this permit.

3. Benefit: Neither Members of, nor Delegates to Congress, or Resident Commissioners shall be admitted to any share or part of this permit or derive, either directly or indirectly, any pecuniary benefits to arise therefrom: Provided, however, that nothing contained shall be construed to extend to any incorporated company, if the permit be for the benefit of such corporation.

4. Assignment: This permit may not be transferred or assigned without the consent of the Superintendent, in writing.

5. Revocation: This permit may be terminated upon breach of any of the conditions herein or at the discretion of the Superintendent.

6. The permittee is prohibited from giving false information; to do so will be considered a breach of conditions and be grounds for revocation [Re: 36 CFR 2.32(4)].

7. Permittee will comply with applicable health and sanitation standards and codes.

8. The following provisions constitute Condition 4 in accordance with Executive Order No. 11246 of September 24, 1965, as amended by Executive Order 11375 of October 13, 1967.

Nondiscrimination. If use of the resource covered by their permit will involve the employment by the Permittee of a person or persons, the Permittee agrees as follows:

a) The Permittee will not discriminate against any employee or applicant for employment because of race, color, religion, sex, age, national origin, or disabling condition. The permittee will take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, age, or national origin. Such action shall include, but not be limited to, the following: employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The Permittee agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by the Superintendent setting forth the provisions of this nondiscrimination clause.

b) The Permittee will, in all solicitations or advertisements for employees placed by or on behalf of the Permittee, state that all qualified applicants will have consideration for employment without regard to race, color, religion, sex, age, or national origin.

c) The Permittee will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract or understanding, a notice, to be provided by the Superintendent, advising the labor union or workers' representative of the Permittee's commitments under Section 202 of Executive Order 11246 of September 24, 1965, as amended, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

d) The Permittee will comply with all provisions of Executive Order No. 11246 of September 24, 1965, as amended and the rules, regulations, and relevant orders of the Secretary of Labor.

e) The Permittee will furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, as amended, by the rules, regulations, and relevant orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the Superintendent and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations and orders.

(f) In the event of the Permittee's noncompliance with the nondiscrimination clauses of this permit or with any of such rules, regulations, or orders, this permit may be canceled, terminated, or suspended in whole or in part and the permittee may be declared ineligible for further Government contracts or permits in accordance with procedures authorized in Executive Order No. 11246 of September 24, 1965, as amended, and such other sanctions may be imposed and remedies invoked as provided in Executive Order No. 11246 of September 24, 1965, as amended by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

g) The permittee will include the provisions of Paragraphs (1) through (7) in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order No. 11246 of September 24, 1965, as amended, so that such provisions will be binding upon each subcontract or purchase order as the Superintendent may direct as a means of enforcing such provisions, including sanctions for non-compliance; Provided, however, that in the event the Permittee becomes involved in, or is threatened with, litigation with a sub-contractor or vendor as a result of such direction of the Superintendent, the Permittee may request the United States to enter into such litigation to protect the interests of the United States.



EXHIBIT 1 PAGE 3 OF 3