AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Alaska**

National Parks Conservation Association; Alaska Center for the Environment; and The Wilderness Society

V.

National Park Service; Marcia Blaszak, Alaska Regional Director; and Will Tipton, Acting Superintendent for Wrangell-St. Elias National Park and Preserve

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-CV-00158 RRB

TO: (Name and address of Defendant)

Will Tipton
Superintendent (acting)
Wrangell-St. Elias National Park
106.8 Richardson Highway
PO Box 439
Copper Center, AK 99573

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Steeves
Trustees for Alaska
1026 West Fourth Avenue, Suite 201
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  June 30, 2006

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 11, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Benjamin Weaver | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Certified mail with return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/11/2006
         Date

Signature of Server

Trustees for Alaska
1026 W. 4th Ave., Anchorage AK 99501
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Will Tipton

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark Here — ANCHORAGE AK 99501 DOWNTOWN STATION USPS

Name (Please Print Clearly) (To be completed by mailer): Will Tipton, Superintendent, Wrangell-St. Elias National Park
Street, Apt. No.; or PO Box No.: 106.8 Richardson Highway PO Box 439
City, State, ZIP+4: Copper Center AK 99573

7099 3220 0002 0894 4881

PS Form 3800, July 1999

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Will Tipton
   Superintendent (acting)
   Wrangell-St. Elias National Park
   106.8 Richardson Highway
   PO Box 439
   Copper Center, AK 99573

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery: 7-12-06

C. Signature: X [signature]  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7099 3220 0002 0894 4881

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
JUL 13 20[..]

TRUSTEES FOR ALASKA
1026 WEST 4th AVE #201
ANCHORAGE, AK 99501



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: Will Tipton

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark Here — ANCHORAGE AK 99501 USPS DOWNTOWN STATION

Name (Please Print Clearly) (To be completed by mailer): Will Tipton  Superintendent National [Park]  Wrangell-S[t]
Street, Apt. No.; or PO Box No.: 106.8 Richardson Highway PO Box 459
City, State, ZIP+4: Copper Center AK 99573

7099 3220 0002 0894 4881

PS Form 3800, July 1999     See Reverse for Instructions



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) J Lillo | B. Date of Delivery 7/12/06 |
| | C. Signature X (signed) | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Deborah M. Smith<br>Acting U.S. Attorney, District of Alaska<br>Federal Building & U.S. Courthouse<br>222 West 7th Avenue, #9 Room 253<br>Anchorage, AK 99513-7567 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Copy from service label)<br>7001 1940 0004 7063 3375 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TRUSTEES FOR ALASKA
1026 WEST 4th AVE #201
ANCHORAGE, AK 99501

RECEIVED
JUL 14 2006



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | / |
| Total Postage & Fees | $ 5.84 |

Postmark Here — ANCHORAGE AK 99501 USPS DOWNTOWN STATION

Sent To: Civil Process Clerk U.S. Atty's off.
Street, Apt. No.; or PO Box No.: 555 4th St. NW
City, State, ZIP+4: Washington DC 20530

7001 1940 0004 7063 3139

PS Form 3800, January 2001      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
Attn: Civil Process Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
C. Signature: X _____ JUL 0 7 2006
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7001 1940 0004 7063 3139

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

TRUSTEES FOR ALASKA
1026 WEST 4th AVE #201
ANCHORAGE, AK 99501





UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TRUSTEES FOR ALASKA
1026 WEST 4th AVE #201
ANCHORAGE, AK 99501

RECEIVED
AUG 04 2006

