AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___Alaska___

National Parks Conservation Association;
Alaska Center for the Environment;
and The Wilderness Society
    v.
National Park Service; Marcia
Blaszak, Alaska Regional Director;
and Will Tipton, Acting Super-
intendent for Wrangell-St. Elias
National Park and Preserve

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-CV-00158 RRB

TO: (Name and address of Defendant)

    Marcia Blaszak
    Regional Director
    National Park Service
    240 West 5th Avenue
    Anchorage, Alaska 99501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Michael Steeves
    Trustees for Alaska
    1026 West Fourth Avenue, Suite 201
    Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____  DATE June 30, 2006

(By) DEPUTY CLERK _____

✤AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE July 11, 2006 |
| NAME OF SERVER *(PRINT)* Benjamin Weaver | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Certified mail with return receipt requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/11/2006
              Date                      Signature of Server

Trustees for Alaska
1026 W. 4th Ave., Anchorage AK 99501
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery 7/12<br>C. Signature X _____ ☒ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Marcia Blaszak<br>Regional Director<br>National Park Service<br>240 West 5th Avenue<br>Anchorage, Alaska 99501 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7001 1940 0004 7063 3221 | |
| PS Form 3811, July 1999   Domestic Return Receipt    102595-00-M-0952 | |





**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.59 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | — |
| Total Postage & Fees | $ | 5.84 |

Postmark: ANCHORAGE AK 99501, Downtown Station

Article Number: 7001 1940 0004 7063 3375

Sent To: Deborah Smith U.S. Attorney
Street, Apt. No.; or PO Box No.: 222 W. 7th Ave #9 Rm 253
City, State, ZIP+4: Anchorage AK 99513-7567

PS Form 3800, January 2001       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deborah M. Smith
   Acting U.S. Attorney, District of Alaska
   Federal Building & U.S. Courthouse
   222 West 7th Avenue, #9 Room 253
   Anchorage, AK 99513-7567

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): J Lilo
B. Date of Delivery: 7/12/06
C. Signature: X _(signed)_   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7001 1940 0004 7063 3375

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TRUSTEES FOR ALASKA
1026 WEST 4th AVE #201
ANCHORAGE, AK 99501

RECEIVED JUL 14 2006



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.59 | |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.84 | |

Sent To
Deborah Smth U.S. Attorney
Street, Apt. No.; or PO Box No. 222 W. 7th Ave #9 Rm 253
City, State, ZIP+4 Anchorage AK 99513-7567

7001 1940 0004 7063 3375

PS Form 3800, January 2001   See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here — ANCHORAGE AK 99501 USPS DOWNTOWN STATION

Sent To: Civil Process Clerk U.S. Atty's off.
Street, Apt. No.; or PO Box No.: 555 4th St. NW
City, State, ZIP+4: Washington DC 20530

7001 1940 0004 7063 3139

PS Form 3800, January 2001       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
Attn: Civil Process Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: JUL 0 7 2006
C. Signature: X [signature]
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
  ☒ Certified Mail   ☐ Express Mail
  ☐ Registered       ☐ Return Receipt for Merchandise
  ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7001 1940 0004 7063 3139

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

TRUSTEES FOR ALASKA
1026 WEST 4th AVE #201
ANCHORAGE, AK 99501



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 5.84 |

Article Number: 7001 1940 0004 7063 3214

Postmark: Anchorage AK 99501 Downtown Station USPS

Sent To: Alberto Gonzales U.S. Atty Gen.
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, January 2001         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____     ☐ Agent   ☐ Addressee
JUN 2 4 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number (Copy from service label)
   7001 1940 0004 7063 3214

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TRUSTEES FOR ALASKA
1026 WEST 4th AVE #201
ANCHORAGE, AK 99501

RECEIVED
AUG 0 4 2006



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $ 1.59
Certified Fee 2.40
Return Receipt Fee (Endorsement Required) 1.85
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 5.84

Sent To: Alberto Gonzales U.S. Atty Gen
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington DC 20530-0001