BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve,<br><br>    Defendant. | Case No.  3:06-CV-0158 (RRB) |

**MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendants move for an extension of time to and including November 5, 2006, in which to file their answer in this action. This extension is necessary because counsel has not received a litigation report from the defendants, and preparation of that report is expected to take additional time. A proposed order accompanies this motion.

NPCA v. NPS, 3:06-cv-0158 (RRB)
Mot. for Ext. to Answer                                     1

RESPECTFULLY SUBMITTED this 6th day of September, 2006, at Anchorage, Alaska.

S/ Bruce M. Landon

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2006, a copy of the foregoing was served electronically to:
Michael Steeves

s/ Bruce M. Landon
Bruce M. Landon