BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-CV-0158 (RRB) |
| v. | ) | |
| NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## PROPOSED ORDER

Defendants' motion for an extension of time to and including November 5, 2006, in which to file an answer in this action is hereby GRANTED.

Dated: _____          _____
                                                                      RALPH R. BEISTLEIN

NPCA v NPS, 3:06-cv-0158 (RRB)

U.S. District Judge