**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 NATICNAL PARKS CONSERVATION. v. NATIONAL PARK SERVICE, et al.

DATE:   September 29, 2006   CASE NO.   3:06-cv-0158-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

═══════════════════════════════════════════════════════════


        Defendants' unopposed Motion for Extension of Time to

Answer (Docket 6) is **GRANTED**.   Defendants' answer is due by the

close of business on **November 6, 2006.**


M.O. GRANTING EXTENSION