BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIONAL PARKS CONSERVATION        )
ASSOCIATION; ALASKA CENTER FOR   )
THE ENVIRONMENT; and THE                    )
WILDERNESS SOCIETY,                              )
                                                                       )
                              Plaintiff,               )     Case No.  3:06-CV-0158 (RRB)
                                                                       )
              v.                                                    )
NATIONAL PARK SERVICE; MARCIA    )
BLASZAK, Alaska Regional Director; and  )
WILL TIPTON, Acting Superintendent for  )
Wrangell-St. Elias National Park and            )
Preserve,                                                       )
                                                                       )
                              Defendant.            )
_____)

**JOINT MOTION FOR STAY**

        The parties move jointly for an order staying all proceedings in this action to an including

December 4, 2006.  The parties seek the stay to permit them to explore the possibility of

settlement.  Counsel for plaintiffs has authorized the undersigned to file this motion as the joint

motion of the parties.  A proposed order accompanies the motion.

RESPECTFULLY SUBMITTED this 3rd day of November, 2006,  at Anchorage, Alaska.

S/ Bruce M. Landon

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2006,  a copy of the foregoing **JOINT MOTION FOR STAY** and Proposed ORDER were served electronically to:

Michael Steeves

s/ Bruce M. Landon
Bruce M. Landon