UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br>  v.<br><br>NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve,<br><br>    Defendants,<br><br>SPECIALTY VEHICLE INSTITUTE OF AMERICA, MOTORCYCLE INDUSTRY COUNCIL, ALASKA OUTDOOR COUNCIL, AND BLUERIBBON COALITION, INC.<br><br>    Applicant Intervenor Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-0158 RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Declaration of Kathy Van Kleeck
## on Behalf of the Specialty Vehicle Institute of America

1.    I have personal knowledge of the statements in this affidavit.

2.    I am Senior Vice President – Government Relations of the Applicant Defendant Intervenor, Specialty Vehicle Institute of America, Inc. ("SVIA").

3.    SVIA is a District of Columbia nonprofit trade association sponsored by Arctic Cat, Bombardier, Bush Hog, Honda, Kawasaki, Polaris, Suzuki, Tomberlin, and Yamaha.

4.    SVIA members manufacture and/or distribute All-Terrain Vehicles ("ATVs") and parts and rely on sales of their products to users of the National Park System. Wrangell-St. Elias National Park and Preserve ("Wrangell-St. Elias") is part of the National Park System. As shown on the attached Exhibit A, there are numerous retail outlets in Alaska at which consumers may purchase the ATV products of SVIA members. Based on the sales of these products in Alaska and elsewhere in the United States, we are sure that consumers are purchasing member company products and using them in Wrangell-St. Elias.

5.    ATVs are a type of off-road vehicle ("ORV").[1]

---

[1]    The definition accompanying any regulation addressing "off-road vehicles" should be consulted to determine the precise types of equipment covered by the particular regulation. Some types of equipment may not be covered, depending on the circumstances and situation.

6.    SVIA's purposes include: promoting ATV use and policies that will benefit our member companies, preparing and disseminating information to our members, and expanding our membership.

7.    Since 1983, SVIA has promoted the safe and responsible use of ATVs through rider training programs, public awareness campaigns, and state legislation.

8.    SVIA also serves as a resource for ATV research, statistics, and vehicle standards.

9.    Any ban on the use of ATVs on public lands, including the lands at issue and affected by this lawsuit, adversely affects sales of ATVs and ATV parts.  First, potential buyers may not purchase an ATV due to decreased opportunities to enjoy the vehicle.  Second, decreased opportunities to use ATVs extend the life of currently-owned ATVs, reducing sales of new ATVs and parts.

10.   Because SVIA members are fundamentally affected by outcomes to Park Service planning and rulemaking processes, SVIA is also regularly involved in, and deeply concerned with maintaining the integrity and legal validity of, such administrative processes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1ST day of November, 2006 in Arlington, VA

Kathy Van Kleeck
Senior Vice President – Government Relations
Specialty Vehicle Institute of America

G:\101485\2\550318.DOC

2

**Exhibit A**

## SVIA AND MIC MEMBERS WITH ALASKA RETAIL OUTLETS
(All listed manufacturers are SVIA and MIC members except Arctic Cat is SVIA Only)

### Guide to PARTIAL Listing of Retail Outlets[1]

*    = ATV outlet listed in http://www.outdoorsdirectory.com/directory/atv.htm

**   = ATV outlet listed in http://www.magicyellow.com/category/All_Terrain_Vehicles/-State_AK.html

*** = Motorcycle outlet listed in manufacturer's dealer directory. Location may also be an ATV outlet
   (www.kawasaki.com; www.suzuki-bikes.com; http://powersports.honda.com/motorcycles)

## Arctic Cat

Anchorage Suzuki / Arctic Cat, 3054 Commercial Dr., Anchorage, AK  99501 **
Perkins Suzuki / Arctic Cat, 2nd Ave & C Street, Nome, AK  99762 **

## Honda

Alaska Mining & Diving Supply Inc., 3222 Commercial Dr Anchorage, AK 99501 *
Hartley Motors, Inc., Mile 36.5 Parks Hwy. Palmer, AK 99645  *
Honda of Anchorage, 1118 E 5th Ave Anchorage, AK 99501-2759 ***

## Kawasaki

Hartley Motors, Inc., Mile 36.5 Parks Hwy. Palmer, AK 99645  *
Kawasaki Sports Center, 400 W Potter Dr., Anchorage,  AK 99518-1143 ***
Alaska Fun Center,1817 College Rd., Fairbanks, AK 99709-4181 ***

## Polaris

Alaska Mining & Diving Supply Inc., 3222 Commercial Dr., Anchorage, AK 99501 *
Hartley Motors, Inc.,  Mile 36.5 Parks Hwy., Palmer, AK 99645 *

## Suzuki

Anchorage Suzuki / Arctic Cat, 3054 Commercial Dr., Anchorage, AK  99501  **
Perkins Suzuki / Arctic Cat, 2nd Ave & C Street, Nome, AK  99762 **
Northern Power Sports, 1980 Van Horn Rd. Fairbanks, AK 99701-7306 ***

## Yamaha

Anchorage Yamaha, 3919 Spenard Rd Anchorage, AK 99517 */***
Performance Yamaha, Inc., 749 W Parks Hwy, Wasilla, AK 99654-6924  */***
Big Lake Yamaha, Mile 3 ½ Big Lake Rd., Big Lake AK  99562 ***

G:\101485\2\550316.DOC

---

[1]  This is not a complete list of all retail outlets in Alaska that sell the products of SVIA and MIC
members.  The outlets are typically independently owned and operated retailers separate from the
manufacturers and distributors that are members of SVIA and MIC.  This is also not intended to be a list of
all SVIA and MIC members that have retail outlets in Alaska.