UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIONAL PARKS CONSERVATION )
ASSOCIATION; ALASKA CENTER FOR )
THE ENVIRONMENT; and THE )
WILDERNESS SOCIETY, )
)
      Plaintiffs, )
  v. ) Case No. 3:06-cv-0158 RRB
)
NATIONAL PARK SERVICE; MARCIA )
BLASZAK, Alaska Regional Director; and )
WILL TIPTON, Acting Superintendent for )
Wrangell-St. Elias National Park and )
Preserve, )
)
      Defendants, )
)
SPECIALTY VEHICLE INSTITUTE OF AMERICA, )
MOTORCYCLE INDUSTRY COUNCIL, )
ALASKA OUTDOOR COUNCIL, AND )
BLUERIBBON COALITION, INC., )
)
      Applicant Intervenor Defendants. )
_____ )

## Declaration of Kathy Van Kleeck
## on Behalf of the Motorcycle Industry Council

1. I have personal knowledge of the statements in this affidavit.

2. I am Senior Vice President – Government Relations of the Applicant Defendant Intervenor, Motorcycle Industry Council ("MIC").

3. MIC is a New York nonprofit trade association.

4. MIC has more than 300 members, including manufacturers and distributors of motorcycles and scooters, and parts and accessories for motorcycles, scooters and all-terrain vehicles ("ATVs"), as well as allied trades relating to motorcycles, scooters and ATVs, such as publishing, insurance and consultants.

5. Motorcycles and ATVs are types of off-road vehicles ("ORV").[1]

6. MIC's purposes include promoting and preserving motorcycling and ATV use and the U.S. motorcycle industry.

---

[1] The definition accompanying any regulation addressing "off-road vehicles" should be consulted to determine the precise types of equipment covered by the particular regulation. Some types of equipment may not be covered, depending on the circumstances and situation.

7. MIC promotes motorcycle and ATV use by, among other things, preparing and disseminating information to our members and through government relations and technical, aftermarket, and communications programs.

8. MIC also serves as a resource for motorcycle and ATV research, statistics, and/or vehicle standards.

9. MIC members rely on sales of their products to users of the National Park System. This litigation concerns Wrangell-St. Elias National Park and Preserve ("Wrangell-St. Elias"), which is part of the National Park System. As shown on the attached Exhibit A, multiple MIC members have retail outlets in Alaska for the sale of ATVs, motorcycles, and parts for them. Based on the sales of these products in Alaska and elsewhere in the United States, we are sure that consumers are purchasing these products and using them in Wrangell-St. Elias.

10. Any ban on the use of motorcycles or ATVs on public lands, including the lands at issue and affected by this lawsuit, adversely affects sales of motorcycles and motorcycle and ATV parts. First, potential buyers may not purchase a motorcycle or ATV due to decreased opportunities to enjoy the vehicle. Second, decreased opportunities to use motorcycles or ATVs extend the life of currently-owned motorcycles and ATVs, reducing sales of new motorcycles, ATVs, and motorcycle and ATV parts.

11. Because MIC members are fundamentally affected by outcomes to Park Service planning and rulemaking processes, MIC is also regularly involved in, and deeply concerned with maintaining the integrity and legal validity of, such administrative processes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _1st_ day of November, 2006 in _Arlington, VA_.

_[signature]_
Kathy Van Kleeck
Senior Vice President – Government Relations
Motorcycle Industry Council

G:\101485\2\550319.DOC

Exhibit A

## SVIA AND MIC MEMBERS WITH ALASKA RETAIL OUTLETS
(All listed manufacturers are SVIA and MIC members except Arctic Cat is SVIA Only)

### Guide to PARTIAL Listing of Retail Outlets[1]

\*     = ATV outlet listed in http://www.outdoorsdirectory.com/directory/atv.htm

\*\*    = ATV outlet listed in http://www.magicyellow.com/category/All_Terrain_Vehicles/-State_AK.html

\*\*\* = Motorcycle outlet listed in manufacturer's dealer directory. Location may also be an ATV outlet
       (www.kawasaki.com; www.suzuki-bikes.com; http://powersports.honda.com/motorcycles)

### Arctic Cat

Anchorage Suzuki / Arctic Cat, 3054 Commercial Dr., Anchorage, AK  99501 \*\*
Perkins Suzuki / Arctic Cat, 2nd Ave & C Street, Nome, AK  99762 \*\*

### Honda

Alaska Mining & Diving Supply Inc., 3222 Commercial Dr Anchorage, AK 99501 \*
Hartley Motors, Inc., Mile 36.5 Parks Hwy. Palmer, AK 99645  \*
Honda of Anchorage, 1118 E 5th Ave Anchorage, AK 99501-2759 \*\*\*

### Kawasaki

Hartley Motors, Inc., Mile 36.5 Parks Hwy. Palmer, AK 99645  \*
Kawasaki Sports Center, 400 W Potter Dr., Anchorage,  AK 99518-1143 \*\*\*
Alaska Fun Center,1817 College Rd., Fairbanks, AK 99709-4181 \*\*\*

### Polaris

Alaska Mining & Diving Supply Inc., 3222 Commercial Dr., Anchorage, AK 99501 \*
Hartley Motors, Inc.,  Mile 36.5 Parks Hwy., Palmer, AK 99645 \*

### Suzuki

Anchorage Suzuki / Arctic Cat, 3054 Commercial Dr., Anchorage, AK  99501 \*\*
Perkins Suzuki / Arctic Cat, 2nd Ave & C Street, Nome, AK  99762 \*\*
Northern Power Sports, 1980 Van Horn Rd. Fairbanks, AK 99701-7306 \*\*\*

### Yamaha

Anchorage Yamaha, 3919 Spenard Rd Anchorage, AK 99517 \*/\*\*\*
Performance Yamaha, Inc., 749 W Parks Hwy, Wasilla, AK 99654-6924  \*/\*\*\*
Big Lake Yamaha, Mile 3 ½ Big Lake Rd., Big Lake AK  99562 \*\*\*

G:\101485\2\550316.DOC

---

[1] This is not a complete list of all retail outlets in Alaska that sell the products of SVIA and MIC members. The outlets are typically independently owned and operated retailers separate from the manufacturers and distributors that are members of SVIA and MIC. This is also not intended to be a list of all SVIA and MIC members that have retail outlets in Alaska.