UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIONAL PARKS CONSERVATION )
ASSOCIATION; ALASKA CENTER FOR )
THE ENVIRONMENT; and THE ) Case No. 3:06-cv-0158 RRB
WILDERNESS SOCIETY, )
)
Plaintiffs, )
v. )
)
NATIONAL PARK SERVICE; MARCIA )
BLASZAK, Alaska Regional Director; and )
WILL TIPTON, Acting Superintendent for )
Wrangell-St. Elias National Park and )
Preserve, )
)
Defendants, )
)
SPECIALTY VEHICLE INSTITUTE OF AMERICA, )
MOTORCYCLE INDUSTRY COUNCIL, AND )
ALASKA OUTDOOR COUNCIL, )
)
Applicant Intervenor Defendants. )
)

## DECLARATION OF ROD ARNO
## IN SUPPORT OF MOTION TO INTERVENE

I, Rod Arno, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I have personal knowledge of the statements in this declaration.

2. I am currently the Executive Director of the Alaska Outdoor Council ("AOC") and the Alaska Fish and Wildlife Conservation Fund ("AFWCF").

3. I was the president of AOC/AFWCF from 1993-2000.

4. AOC is an Alaska 501(c)(4) corporation with a collective membership of over 14,000 Alaskans.

5. AOC's members come from 54 affiliated outdoor clubs across Alaska.

6. AOC is made up of members residing in areas classified as both rural and non-rural by Federal authorities for purposes of subsistence hunting and fishing regulations.

7. AOC is dedicated to the preservation of outdoor pursuits in Alaska and public access and common use of such outdoor pursuits. AOC recognizes that not all Alaskans can hike dozens of miles or afford aircraft to access Alaska's natural resources. As such, AOC promotes the responsible use of all terrain vehicles ("ATV"), a kind of off-road vehicle ("ORV").

8. AFWCF is a 501(c)(3) corporation incorporated in Alaska and administered by the same Board of Directors as AOC and representing the same membership and core goals as AOC.

9. Numerous AOC members are ATV users who actively use ATVs in Wrangell-St.Elias for recreational purposes with the required permit.

10. I affirm under penalty of perjury that the foregoing is true and correct.

Executed on _____ in Wasilla, Alaska on September 7, 2006.

Rod Arno