WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com
Attorneys for Applicant Defendant Intervenors:
Specialty Vehicle Institute of America,
Motorcycle Industry Council, and
Alaska Outdoor Council

SCOTT KENDALL, Alaska Bar No.: 0405019
Birch, Horton, Bittner & Cherot, P.C.
1127 West Seventh Avenue
Anchorage, AK  99501-3399
Telephone: (907) 276-1550
Facsimile: (907) 276-3680
Email: skendall@bhb.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY,<br><br>         Plaintiffs,<br>    v.<br><br>NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve<br><br>         Defendants,<br><br>SPECIALTY VEHICLE INSTITUTE OF AMERICA, MOTORCYCLE INDUSTRY COUNCIL, AND ALASKA OUTDOOR COUNCIL,<br><br>         Applicant Defendant Intervenors. | Case No. 3:06-cv-0158 RRB<br><br>**MOTION FOR LEAVE FOR JAMES H. LISTER TO APPEAR** *PRO HAC VICE* |

**Pursuant to D. Ak. LR 83.1(d),** James H. Lister, with the law firm Birch, Horton, Bittner and Cherot, moves for permission to appear *pro hac vice* for Applicant Defendant Intervenors in the above-captioned case.

In support of this motion, undersigned counsel direct the Court to the attached affidavit, certificate of good standing, and proposed order.

DATE: November 10, 2006.

>Respectfully submitted,
>
>    /s/ James H. Lister
>JAMES H. LISTER, D.C. Bar No.: 447878
>Birch, Horton, Bittner & Cherot, P.C.
>1155 Connecticut Avenue, Suite 1200
>Washington, D.C. 20036
>Telephone: (202) 659-5800
>Facsimile: (202) 659-1027
>Email: jlister@dc.bhb.com
>
>SCOTT KENDALL, Alaska Bar No.: 0405019
>Birch, Horton, Bittner & Cherot, P.C.
>1127 West Seventh Avenue
>Anchorage, AK 99501-3399
>Telephone: (907) 276-1550
>Facsimile: (907) 276-3680
>Email: skendall@bhb.com
>
>Attorneys for Applicant Defendant Intervenors:
>Specialty Vehicle Institute of America,
>Motorcycle Industry Council, and
>Alaska Outdoor Council,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2006, a copy of the foregoing was sent by electronic filing to:

Michael R. Steeves
Rebbeca Louise Bernard
Bruce M. Landon

    /s/ James H. Lister
James H. Lister

G:\101485\2\BAW0547.DOC