WILLIAM P. HORN, D.C. Bar No.: 375666 **
JAMES H. LISTER, D.C. Bar No.: 447878 *
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com

* Application for pro hac vice admission pending
** Application for pro hac vice admission to be filed

Attorneys for Applicant Defendant Intervenors

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:06-cv-0158 RRB |
| NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve, | )<br>) **NOTICE OF FILING**<br>) **OF APPLICANT INTERVENORS'**<br>) **PROPOSED ANSWER**<br>)<br>) |
| Defendants, | ) |
| SPECIALTY VEHICLE INSTITUTE OF AMERICA, MOTORCYCLE INDUSTRY COUNCIL, BLUERIBBON COALITION, INC., AND ALASKA OUTDOOR COUNCIL, | )<br>)<br>)<br>) |
| Applicant Defendant Intervenors. | ) |

Applicant Defendant Intervenors Specialty Vehicle Institute of America, Motorcycle Industry Council, Blueribbon Coalition, Inc., and Alaska Outdoor Council (the "Applicant Intervenors") hereby lodges with the Court their attached Proposed Answer.

DATE:  November 13, 2006.

      Respectfully submitted,

      Applicant Defendant Intervenors:

      Specialty Vehicle Institute of America,
      Motorcycle Industry Council,
      Blueribbon Coalition, Inc. and
      Alaska Outdoor Council,

      By their attorneys,

      /s/ James H. Lister
      WILLIAM P. HORN, D.C. Bar No.: 375666**
      JAMES H. LISTER, D.C. Bar No.: 447878*
      Birch, Horton, Bittner & Cherot, P.C.
      1155 Connecticut Avenue
      Suite 1200
      Washington, D.C. 20036
      Telephone: (202) 659-5800
      Facsimile: (202) 659-1027
      Email: whorn@dc.bhb.com
      Email: jlister@dc.bhb.com

      Attorneys for Applicant Defendant Intervenors

\* Application for pro hac vice admission pending
\*\* Application for pro hac vice admission to be filed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2006, a copy of the foregoing was sent by electronic filing to:

Michael R. Steeves
Rebbeca Louise Bernard
Bruce M. Landon


    /s/ James H. Lister
James H. Lister

G:\101485\2\BAW0770.DOC