WILLIAM P. HORN, D.C. Bar No.: 375666 **
JAMES H. LISTER, D.C. Bar No.: 447878 *
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com

\* Application for pro hac vice admission pending
\** Application for pro hac vice admission to be filed

Attorneys for Applicant Defendant Intervenors

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br> v. <br><br> NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve, <br><br> Defendants, <br><br> SPECIALTY VEHICLE INSTITUTE OF AMERICA, MOTORCYCLE INDUSTRY COUNCIL, BLUERIBBON COALITION, INC., AND ALASKA OUTDOOR COUNCIL, <br><br> Applicant Defendant Intervenors. | Case No. 3:06-cv-0158 RRB <br><br> **NOTICE OF FILING OF PROPOSED ORDER GRANTING MOTION OF JAMES H. LISTER FOR LEAVE TO APPEAR** *PRO HAC VICE* |

James H. Lister, with the law firm of Birch, Horton, Bittner and Cherot, hereby lodges with the Court the attached Proposed Order granting his Motion for Leave to Appear *Pro Hac Vice* on behalf of Applicant Defendant Intervenors.

DATE: November 14, 2006.

        Respectfully submitted,

        Applicant Defendant Intervenors:

        Specialty Vehicle Institute of America,
        Motorcycle Industry Council,
        Blueribbon Coalition, Inc. and
        Alaska Outdoor Council,

        By their attorneys,

        /s/ James H. Lister
        WILLIAM P. HORN, D.C. Bar No.: 375666**
        JAMES H. LISTER, D.C. Bar No.: 447878*
        Birch, Horton, Bittner & Cherot, P.C.
        1155 Connecticut Avenue
        Suite 1200
        Washington, D.C. 20036
        Telephone: (202) 659-5800
        Facsimile: (202) 659-1027
        Email: whorn@dc.bhb.com
        Email: jlister@dc.bhb.com

        Attorneys for Applicant Defendant Intervenors

\* Application for pro hac vice admission pending
\*\* Application for pro hac vice admission to be filed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2006, a copy of the foregoing was sent by electronic filing to:

Michael R. Steeves
Rebbeca Louise Bernard
Bruce M. Landon


    /s/ James H. Lister
James H. Lister

G:\101485\2\BAW0770.DOC