WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com
Attorneys for Applicant Defendant Intervenors

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br> v. <br><br> NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve, <br><br> Defendants, <br><br> SPECIALTY VEHICLE INSTITUTE OF AMERICA, MOTORCYCLE INDUSTRY COUNCIL, BLUERIBBON COALITION, INC., AND ALASKA OUTDOOR COUNCIL, <br><br> Applicant Defendant Intervenors. | Case No. 3:06-cv-0158 RRB |

**PROPOSED ORDER GRANTING MOTION OF
JAMES H. LISTER FOR LEAVE TO APPEAR *PRO HAC VICE***

Having considered the Motion to Leave to Appear *Pro Hac Vice* of James H. Lister, filed pursuant to Local Rule 83.1(d), this Court finds that said motion is GRANTED.

So Ordered.

Dated this _____ day of _____, 2006.

_____
United States District Judge