Case 3:06-cv-00158-RRB   Document 19   Filed 11/14/2006   Page 1 of 1

WILLIAM P. HORN, D.C. Bar No.: 375666
JAMES H. LISTER, D.C. Bar No.: 447878
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com; jlister@dc.bhb.com
Attorneys for Applicant Defendant Intervenors

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve,<br><br>Defendants,<br><br>SPECIALTY VEHICLE INSTITUTE OF AMERICA, MOTORCYCLE INDUSTRY COUNCIL, BLUERIBBON COALITION, INC., AND ALASKA OUTDOOR COUNCIL,<br><br>Applicant Defendant Intervenors. | Case No. 3:06-cv-0158 RRB |

### ~~PROPOSED~~ ORDER GRANTING MOTION OF
### JAMES H. LISTER FOR LEAVE TO APPEAR *PRO HAC VICE*

Having considered the Motion to Leave to Appear *Pro Hac Vice* of James H. Lister, filed pursuant to Local Rule 83.1(d), this Court finds that said motion is GRANTED.

So Ordered.

Dated this __14__ day of __November__, 2006.

S/ RALPH R. BEISTLINE
United States District Judge