UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY,<br><br>    Plaintiffs,<br>v.<br><br>NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve<br><br>    Defendants ("Federal Defendants")<br><br>SPECIALTY VEHICLE INSTITUTE OF AMERICA, MOTORCYCLE INDUSTRY COUNCIL, BLUERIBBON COALITION, INC. AND ALASKA OUTDOOR COUNCIL,<br><br>    Applicant Defendant-Intervenors. | Case No. 3:06-cv-0158 RRB |

## [~~PROPOSED~~] ORDER GRANTING INTERVENTION

Upon consideration of the Unopposed Motion to Intervene filed by Applicant Defendant-Intervenors Specialty Vehicle Institute of America, Motorcycle Industry Council, BlueRibbon Coalition, Inc., and Alaska Outdoor Council (collectively, the "Applicant Intervenors"), it is hereby Ordered that:

1. The Motion to Intervene is Granted pursuant to Fed.R.Civ.P. 24(b).[10]

2. Applicant Intervenors shall be party defendants in this action.

3. Applicant Intervenors will not oppose the terms of any reasonable scheduling order that may be agreed to by Plaintiffs or Federal Defendants[11] and proposed to the Court.

---

[10] Therefore, the Court does not decide whether Applicant-Intervenors would be entitled to intervention-as-of-right pursuant to Fed.R.Civ.P. 24(a) with respect to any portion of the Complaint.
[11] The Federal Defendants are listed in the caption above.

1

Applicant Intervenors will not advocate their own scheduling order. This will not preclude the Applicant Intervenors or any other party from moving to modify whatever scheduling order the Court enters for good cause shown, based on circumstances that arise as the case progresses.

4.  Applicant Intervenors shall to the extent reasonably possible avoid enlarging the issues presented in this case. Therefore Applicant Intervenors shall not attempt to enlarge the geographic scope of the case beyond Wrangell-St. Elias National Park and Preserve or seek any relief not necessary to defend their position that recreational Off-Road-Vehicle Use / All-Terrain Vehicle Use should continue in Wrangell-St. Elias. This restriction shall not prevent Applicant Intervenors from raising legal or factual defenses that vary from the Federal Defendants' defenses, bar Applicant Intervenors from asserting a position regarding any proposed resolution of this case, or constitute a waiver of any right of Applicant Intervenors to appeal a judgment.

DATED: November 16, 2006

BY THE COURT:

\s\ RRB
RALPH R. BEISTLEIN
UNITED STATES DISTRICT JUDGE