BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  3:06-CV-0158 (RRB) |
| v. | ) | |
| NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## (PROPOSED) ORDER

The joint motion of the parties to extend the stay in this action  (Docket # XX) is

GRANTED.  All proceedings in this action are stayed to and including January 18, 2007.

Dated: _____

_____
RALPH R. BEISTLINE
United.States District Judge

NPCA v NPS, 3:06-cv-0158 (RRB)