BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  3:06-CV-0158 (RRB) |
| v. | ) ) | |
| NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION CONTINUE STAY**

The parties move jointly for an order extending the stay of all proceedings in this action to and including February 28, 2007.  The parties seek to extend the stay in order to permit them to continue their settlement discussions.  Counsel for plaintiffs and intervenors have authorized the undersigned to file this motion as the joint motion of the parties.  A proposed order

NPCA v. NPS, 3:06-CV-0158 (RRB)
Jt. Mot. For Ext. to Stay                              1

accompanies the motion.

    RESPECTFULLY SUBMITTED this 17ʰ day of January, 2007, at Anchorage, Alaska.

    s/ Bruce M. Landon
    BRUCE M. LANDON
    U.S. Department of Justice
    Environment & Natural Resources Division
    801 B Street, Suite 504
    Anchorage, Alaska  99501-3657
    Telephone: (907) 271-5452
    Facsimile:  (907) 271-5827
    Email: bruce.landon@usdoj.gov

    Attorney for Defendants

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of December, 2007, a copy of the foregoing JOINT MOTION CONTINUE STAY and Proposed ORDER were served electronically to:

Michael Steeves
Bill Horn
Jim Lister

s/ Bruce M. Landon
Bruce M. Landon