BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION )<br>ASSOCIATION; ALASKA CENTER FOR )<br>THE ENVIRONMENT; and THE )<br>WILDERNESS SOCIETY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>NATIONAL PARK SERVICE; MARCIA )<br>BLASZAK, Alaska Regional Director; and )<br>WILL TIPTON, Acting Superintendent for )<br>Wrangell-St. Elias National Park and )<br>Preserve, )<br>)<br>Defendant. )<br>) | Case No. 3:06-CV-0158 (RRB)<br><br><br><br>(~~PROPOSED~~) ORDER |

The joint motion of the parties to extend the stay in this action (Docket #24) is

GRANTED. All proceedings in this action are stayed to and including February 28, 2007.

Dated: 1/18/07

S/RRB
RALPH R. BEISTLINE
United States District Judge

NPCA v NPS, 3:06-cv-0158 (RRB)
ORDER