BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIONAL PARKS CONSERVATION )
ASSOCIATION; ALASKA CENTER FOR )
THE ENVIRONMENT; and THE )
WILDERNESS SOCIETY, )
)
          Plaintiff, ) Case No. 3:06-CV-0158 (RRB)
)
v. )
NATIONAL PARK SERVICE; MARCIA )
BLASZAK, Alaska Regional Director; and )
WILL TIPTON, Acting Superintendent for )
Wrangell-St. Elias National Park and )
Preserve, ) (~~PROPOSED~~) ORDER
)
          Defendant. )
_____)

The joint motion of the parties to extend the stay in this action (Docket #26) is

GRANTED. All proceedings in this action are stayed to and including March 30, 2007.

Dated: 2/28/07

S/RRB
RALPH R. BEISTLINE
United States District Judge

NPCA v NPS, 3:06-cv-0158 (RRB)