BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY,<br><br>        Plaintiff,<br><br>   v.<br>NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve,<br><br>        Defendant. | Case No.  3:06-CV-0158 (RRB)<br><br><br><br>**(PROPOSED) ORDER** |

The joint motion of the parties to extend the stay in this action  (Docket # XX) is

GRANTED.  All proceedings in this action are stayed to and including April 27, 2007.


Dated: _____                    _____
                                            RALPH R. BEISTLINE
                                            United States District Judge


NPCA v NPS, 3:06-cv-0158 (RRB)