BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; ALASKA CENTER FOR THE ENVIRONMENT; and THE WILDERNESS SOCIETY,<br><br>　　　　　Plaintiff,<br><br>　v.<br>NATIONAL PARK SERVICE; MARCIA BLASZAK, Alaska Regional Director; and WILL TIPTON, Acting Superintendent for Wrangell-St. Elias National Park and Preserve,<br><br>　　　　　Defendant. | Case No. 3:06-CV-0158 (RRB) |

## VOLUNTARY DISMISSAL

The parties having settled this action, stipulate pursuant to Rule 41(a)(1)(ii) that the first and second claims in this action are hereby dismissed without prejudice to refiling if any party violates a provision of the settlement agreement and that all other claims in this action are hereby dismissed without prejudice to refiling either after preparation of the environmental impact statement and issuance of the record of

1

decision as described in paragraph 5 of the settlement agreement, or at any time if any party violated a provision of the Settlement Agreement.

Dated: May 10, 2007

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

Dated: May 11, 2007

WILLIAM P. HORN
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for Intervenor-defendants

Dated:

MICHAEL STEEVES
Trustees for Alaska
1026 W. 4th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 276-4244
Facsimile: (907) 276-7110
Email: msteeves@trustees.org

decision as described in paragraph 5 of the settlement agreement, or at any time if any party violated a provision of the Settlement Agreement.

Dated: May 10, 2007

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

Dated:

WILLIAM P. HORN
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, Suite 1200
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email: whorn@dc.bhb.com

Attorney for Intervenor-defendants

Dated: May 11, 2007

MICHAEL STEEVES
Trustees for Alaska
1026 W. 4th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 276-4244
Facsimile: (907) 276-7110
Email: msteeves@trustees.org

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2007, a copy of the foregoing was served electronically to:
Michael Steeves
Becca Bernard
Jim Lister
Bill Horn

s/ Bruce M. Landon
Bruce M. Landon

3